**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **QUALITY REIMBURSEMENT SERVICES, INC.** )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>**CENTERS FOR MEDICARE AND MEDICAID SERVICES** )<br>)<br>Defendant )<br>) | Case No. 1:13-cv-00618 (JDB) |

**PROOF OF SERVICE**

I certify, on penalty of perjury, that I served the U.S. Attorney for the District of Columbia with a copy of the summons, complaint and attending documents by certified mail, return receipt requested, and that the Defendant received such service on May 28, 2013, as indicated on the return receipt, which is attached as Exhibit 1.

Respectfully Submitted,

Leslie D. Alderman III
ALDERMAN, DEVORSETZ & HORA, PLLC
1025 Connecticut Ave., NW
Suite 615
Washington D.C. 20036
Tel. 202-969-8220
Fax 202-969-8224
lalderman@adhlawfirm.com