UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUALITY REIMBURSEMENT SERVICES, INC., )<br>Plaintiff, )<br>v. )<br>CENTERS FOR MEDICARE AND MEDICAID SERVICES, )<br>Defendant. )<br>) | No. 13-cv-618 (TFH) |

**DEFENDANT'S CONSENT MOTION TO ENLARGE TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant moves to enlarge by 45 days, to December 2, 2013, the time for it to respond to Plaintiff's Complaint in this Freedom of Information Act (FOIA) case. The parties agree that they do not anticipate further litigation of the substance of this suit, but due in part to the just-completed government shutdown, which resulted in the furlough of undersigned counsel, the parties require additional time to attempt to reach agreement on the fees that may be due to plaintiff's counsel in this case. Plaintiff, through counsel, graciously consents to this relief.

In support of the instant motion, Defendant states as follows:

    1.    Plaintiff's Complaint concerns Plaintiff's request under FOIA for certain decisions of the Provider Reimbursement Review Board (PRRB). *See* Compl. ¶¶ 14-15. On July 12, 2013, Defendant released 1,942 unredacted pages of decisions to plaintiff. On September 30, 2013, Defendant made its final release to plaintiff, whereby it produced 1,126 unredacted pages.

    2.    Counsel for the parties today have discussed their mutual understanding that the sole issue remaining to be resolved in this lawsuit is the amount of attorney's fees that are due to plaintiff.

3.	Defendant's answer currently is due on October 18, 2013. Defendant already has prepared a draft answer, but undersigned counsel believes that the Court's and the parties' resources will best be conserved by, in lieu of answering, focusing the parties' efforts on potentially resolving this suit without further litigation before this Court.

4.	Accordingly, with the consent of Plaintiff, Defendant hereby moves for a forty-five day extension for Defendant's response to Plaintiff's complaint, to and including Monday, December 2, 2013.  This length of extension should permit sufficient time, should the parties succeed in reaching an agreement in principle, for required approvals to be secured from the involved government agencies.

5.	This request for an extension of time to respond to Plaintiff's Complaint is being made in good faith and not for purposes of delay.  This is Defendant's third request for an extension of time in this case.  Plaintiff will not be unfairly prejudiced by the extension of time being requested.  On the contrary, this extension is in the interest of both parties as well as the Court, as the parties are attempting to avert further litigation.  The Court's ability to resolve this case will not be significantly affected by the instant motion because currently no other deadlines exist in this case.

WHEREFORE, Defendant respectfully requests that the Court extend the time for it to respond to the Complaint until December 2, 2013.  A proposed order is attached.

Dated:  October 17, 2013	Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney for the District of Columbia

                D.C. BAR #447889

                DANIEL F. VAN HORN
                Chief, Civil Division
                D.C. BAR #924092

By:      /s/
                PETER C. PFAFFENROTH
                Assistant United States Attorney
                D.C. BAR #496637
                555 Fourth St., N.W.
                Washington, D.C. 20530
                Phone: (202) 252-2513
                Email: peter.pfaffenroth@usdoj.gov

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **QUALITY REIMBURSEMENT SERVICES, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>**CENTERS FOR MEDICARE AND** )<br>**MEDICAID SERVICES,** )<br>**Defendant.** )<br>) | Civ. No. 13-cv-618 (TFH) |

## **ORDER**

Upon consideration of the Defendant's Consent Motion for Enlargement of Time to Respond to Plaintiff's Complaint, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED. It is

FURTHER ORDERED that the time for Defendant to respond to Plaintiff's Complaint is hereby extended to and including Monday, December 2, 2013. It is

FURTHER ORDERED that, should the parties agree to the resolution of this matter, they shall promptly notify the Court and file appropriate papers.

Dated:_____                                            _____
                                                                                      United States District Judge