## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **QUALITY REIMBURSEMENT SERVICES, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | No. 13-cv-618 (TFH) |
| **CENTERS FOR MEDICARE AND MEDICAID SERVICES,** | ) | |
| **Defendant.** | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed in its entirety, with prejudice.

Plaintiff brought this lawsuit under the Freedom of Information Act, 5 U.S.C. § 552, as amended ("FOIA"). Defendant has released to Plaintiff records responsive to Plaintiff's FOIA request.

The parties each shall bear their own fees and costs.

Dated: February 4, 2014

Respectfully submitted,

/s/ _____
Leslie D. Alderman III, D.C. Bar # 477750
ALDERMAN, DEVORSETZ & HORA, PLLC
1025 Connecticut Ave., NW Suite 615
Washington, DC 20036
Tel: 202-969-8220
Fax: 202-969-8224
lalderman@adhlawfirm.com
*Attorney for the Plaintiff*

RONALD C. MACHEN JR., D.C. Bar #447889
United States Attorney
DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division
By: /s/ _____
PETER C. PFAFFENROTH, D.C. Bar # 496637

Assistant United States Attorneys
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2513
Fax: (202) 252-2599
peter.pfaffenroth@usdoj.gov
*Attorneys for Defendant*